**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1719**

_____

M. NAWAZ RAJA; NEELUM NAWAZ RAJA,

             Plaintiffs - Appellants,

        v.

MERSCORP INC., MERS-1, MERS-2, & MERS-3; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.; LENDER PROCESSING SERVICES,
INC., ("LPS"); DOCX LLC, "DOCX"; LPS DEFAULT SOLUTIONS,
INC.; INDY MAC BANK, FSB, now known as One West Bank FSB;
INDY MAC MORTGAGE SERVICES; INDY MAC MBS INC.; INDY MAC ABS
INC.; LEHMAN BROTHERS, INC.; DEUTSCHE BANK NATIONAL TRUST
COMPANY; DEUTSCHE BANK AG, "DBAG"; DEUTSCHE BANK SECURITIES
INCORPORATED, "DBSI"; INDY MAC INDX 2006-AR8; SURETY
TRUSTEE, LLC; MCCABE, WEISBERG & CONWAY LLC; BEIRAMEE &
COHEN P.C., now known as Beiramee Law Group, P.C.; DOES, 1-
50, et al,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Liam O'Grady, District
Judge.  (1:13-cv-00944-LO-TRJ)

_____

Submitted:  November 18, 2014        Decided:  November 20, 2014

_____

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mohammad Nawaz Raja, Neelum Nawaz Raja, Appellants Pro Se. Billy Bernard Ruhling, II, TROUTMAN SANDERS, LLP, Tysons Corner, Virginia; Ryan Christopher Day, LECLAIR RYAN, PC, Alexandria, Virginia; Fred O. Goldberg, BERGER SINGERMAN LLP, Miami, Florida; Minodora Daniela Vancea, FEDERAL DEPOSIT INSURANCE CORPORATION, Arlington, Virginia; Vernon Anthony Andrew Cassin, III, David A. Super, BAKER BOTTS, LLP, Washington, D.C.; Ellery Johannessen, Abby Kelley Moynihan, MCCABE WEISBERG & CONWAY, LLC, Laurel, Maryland; Alexander Richard Green, MCGINNIS WUTSCHER BEIRAMEE, LLP, Bethesda, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad Nawaz Raja and Neelum Nawaz Raja appeal the district court's order dismissing without prejudice their civil action challenging the legality of a foreclosure proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Raja v. MERSCORP Inc., No. 1:13-cv-00944-LO-TRJ (E.D. Va. June 17, 2014). We deny Rajas' motion to correct the record on appeal and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3